

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Donny Joe Curry, Appellant

No. 06-14-00141-CR          v.

The State of Texas, Appellee

Appeal from the County Court at Law No. 1 of Hunt County, Texas (Tr. Ct. No. CR1301627).  Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to delete the 275-day jail sentence.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Donny Joe Curry, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 24, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk